678

**Grant Eugene ERICKSEN,
Plaintiff—Appellant,**

v.

**Angie BOOTH; Debra Cottrell; Teresa
Wade; Jim Rubenstein, Defendants—
Appellees.**

No. 09–7345.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 5, 2009.

Decided: Dec. 2, 2009.

Grant Eugene Ericksen, Appellant Pro
Se. John Herbert Boothroyd, West Virginia Division of Corrections, Charleston,
West Virginia, for Appellees.

Before GREGORY, SHEDD, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Grant Eugene Ericksen appeals the district court's order accepting the recommendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2006) complaint. We have reviewed the
record and find no reversible error. Accordingly, we affirm for the reasons stated
by the district court. *Ericksen v. Booth,*
No. 2:08–cv–00104–REM–DJJ, 2009 WL
1974195 (N.D.W.Va. July 7, 2009). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*